UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| T-MOBILE USA, INC., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No: 1:10-CV-977-CAP |
| SHERMAN TERRY; CUSTOM ACCESS, INC.; JOHN DOES 1-10; XYZ COMPANIES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER TO EXCEED PAGE LIMITATION

This matter having come before the Court on a Motion to Exceed The Page Limitation by Plaintiff T-Mobile USA, Inc., and the Court having read and considered the same, the Court hereby GRANTS Plaintiff's Motion. For good cause shown, Plaintiff is hereby granted leave to file a brief not exceeding thirty (30) pages in length.

SO ORDERED, this 13 day of April, 2010.

/s/Charles A. Pananell, Jr.
United States District Judge

16629551.1

PRESENTED BY:

CARLTON FIELDS, P.A.

*[signature]*

Gail Podolsky
Georgia Bar No. 142021
James B. Baldinger
Florida Bar No. 869899
*Admission Pro hac vice pending*
CARLTON FIELDS, P.A.
One Atlantic Center
1201 West Peachtree Street
Suite 3000
Atlanta, GA 30309
Tel:   404-815-3400
Fax:  404-815-3415
Email: gpodolsky@carltonfields.com

*Attorneys for T-Mobile USA, Inc.*