The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | | |
|---|---|---|
| T-MOBILE USA, INC., a Delaware Corporation, | ) ) ) | No. 3:11-cv-5655-RBL |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS |
| v. | ) ) | |
| SHERMAN TERRY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on Defendant Collett's Motion to Lift Injunction [Dkt. #94]. Defendant is pro se, and his Motion is difficult to understand. Nevertheless, Defendant's Motion asserts that it is "stipulated" and that "Pliantiffs agree" that the prior injunction is too broad.

Plaintiff T-Mobile opposes the Motion and vehemently disagrees with the claim that it agreed to anything. It seeks Sanctions and an Order of civil contempt for these and other actions by the defendant(s). [see Dkt. #s 95, 96, 97]

///

//

/

The Defendant's Motion to Lift Injunction is DENIED. The Plaintiff's request for sanctions against Collett for filing it is DENIED without prejudice. The Court will address the Plaintiff's remaining Motions in a separate Order.

ORDER — 1

IT IS SO ORDERED.

DATED this 20th day of September, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER — 2