1          HONORABLE RONALD B. LEIGHTON

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                            AT TACOMA

8

   T-MOBILE USA, INC., a Delaware                 CASE NO. C11-5655RBL
9  corporation,

                                                  ORDER DENYING MOTIONS FOR
10                Plaintiff,                       SUMMARY JUDGMENT
                                                  [DKTS. 98, 99, 100]
11         v.

12 SHERMAN TERRY; CUSTOM
   ACCESS, INC.; GEORGE E. COLLETT
13 D/B/A/ CELL PHONE GEORGE;
   MATHEW COLLETT; MARILOU
14 COLLETT; SARAH M. HOFFMAN;
   SANDRA ORTIZ; JOHN DOES 1-10,
15 XYZ COMPANIES 1-10,

16                Defendant.

17

           THIS MATTER is before the Court on Motions for Summary Judgment brought by the
18
   defendants:  George Collett [Dkt. #98], Marilou Collett [Dkt. #99], and Sarah Hoffman [Dkt.
19
   #100].  In each of the Motions for Summary Judgment the defendants profess their innocence.
20
   They each claim that the allegations in the Complaint are fabricated and that there is no evidence
21
   of wrongdoing.  On Friday, October 21, 2011, George Collett confessed of his wrongdoing and
22
   that of others.  He admitted that his company knowingly violated the terms of the Preliminary
23
   Injunction entered by Judge Charles A. Pannell, Jr., United States District Judge for the Northern
24

ORDER DENYING MOTIONS FOR SUMMARY
JUDGMENT - 1

1   District of Georgia [Dkt. #82].  This Court found, by clear and unequivocal evidence, that

2   George Collett was in contempt.

3        Based upon the evidence filed by T-Mobile in opposition to these motions and the

4   testimony at the trial for contempt, the Motions for Summary Judgment [Dkt. #s 98, 99 and 100]

5   are **DENIED.**  The Motion for Extension of Time for Discovery [Dkt. #106] is **DENIED.**

6        **IT IS SO ORDERED.**

7        Dated this 25th day of October, 2011.

8

9        _____

10       RONALD B. LEIGHTON
         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[DKTS. 98, 99, 100] - 2